Henry Brelie, appellee, v. David Saul Klafter and Amanda E. Klafter, appellants.  Gen. No. 32,815.

Opinion filed November 8, 1929.

Perlman, Goodman & Scolnik, for appellants. Loucks, Eckert & Peterson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.